IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRON THOMAS, | : | |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-3683 |
| | : | |
| CHAD JUNE, *et al.*, | : | |
|     *Defendants*. | : | |

## ORDER

On April 11, 2022, Darron Thomas filed a "SCOTUS Habeas Corpus" to the Clerk's Office for the United States District Court for the Eastern District of Pennsylvania through an email account reserved for *pro se* litigants seeking to file pleadings in this Court electronically. However, it is clear from the title of the pleading as well as the assertions therein that Thomas intended to file this pleading in the United States Supreme Court, not the United States District Court for the Eastern District of Pennsylvania. *See* ECF No. 23 at 1 ¶ 5 (noting that "[t]his petition is brought directly to the SCOTUS because procedures in the E.D.Pa. and CA3 preclude access to test legality").

Accordingly, this 18th day of May, 2022, it appearing that Thomas filed this pleading in this Court in error, it is **ORDERED** that the "SCOTUS Habeas Corpus" (ECF No. 23) is **DISMISSED WITHOUT PREJUDICE** to Thomas's right to file this pleading in the United States Supreme Court in accordance with the filing rules set forth in the Rules of the Supreme Court of the United States.[1]

BY THE COURT:


*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**

---

[1] The procedure for *pro se* filing in the United States Supreme Court is detailed here: https://www.supremecourt.gov/casehand/guideforIFPcases2019.pdf